BEFORE: VIKTOR V. POHORELSKY          DATE:        7/28/10
              U.S. MAGISTRATE JUDGE          START TIME:  11:00 a.m.
                                                             END TIME:    11:15 a.m.

DOCKET NO.   CV-09-4116                                    JUDGE:   NG

CASE NAME:   Lisa McConnell Inc. v. Ambassador Media Group LLC

<u>CIVIL CONFERENCE</u>

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiff     Teresa Polk

                              Defendant    Mark Fowler, Justin Klein

SCHEDULING AND RULINGS:

1. The defendant has emerged from a chapter 11 bankruptcy, and the automatic stay has been lifted. The parties have entered into a stipulation, which will be so ordered, concerning the potential filing of an amended complaint. The stipulation calls for a deadline of September 24, 2010 for the plaintiff either to file an amended complaint or to advise the defendant that the plaintiff will rest on the existing complaint. Unless an amended complaint is filed, the defendant intends to move to dismiss the present complaint under Rule 12(b)(6).

2. The next conference will be held by telephone on **October 29, 2010 at 3:00 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400). The conference will be marked off the calendar, however, if a premotion conference has been requested by the deadline below. In that event, the movant shall advise chambers once the date and time of the premotion conference has been set, and all counsel shall report to Room 1207 immediately after the premotion conference for a brief status conference with the magistrate judge.