# EXHIBIT "32"

## INFRINGEMENT - TYPE B & C - Resize, Art & Copy

Copyrighted artwork willfully cut and pasted and used without permission to create a new ad for an existing Image One client, infringing on Image One's copyright, representing Image One in bad light, and prohibiting Image One from deriving income from its products.

**VIGILANTE**
PLUMBING, HEATING & AIR

**INFRINGING ON:**
Registration # PENDING
CPT.009 Four Star Template
Registration: 09/16/2010





**Vigilante Plumbing INFRINGEMENT**
**VIOLATION: COPYRIGHT, LANHAM & OTHERS**



INTERNAL

## COPYRIGHT PROOF



Copyright Compliance Review 08/10
Reviewer: RG
Publisher: AMBASSADOR

00403





**COMPARISON BASIS**

Ad has been copied and willfully altered without permission, infringing on Image One's copyright, representing Image One in a damaging way, and prohibiting Image One from deriving income from the product.

**ACCESS...**

**INFRINGEMENT - Types B&C**

**IMAGE ONE COPYRIGHTED ARTWORK**

Image One © Copyright mark willfully ignored.

Copyright Compliance Review 8/09
Research: RG, DT
**Vigilante Plumbing INFRINGEMENT**
**AMBASSADOR YELLOW PAGES**



yellowpagecoach.com

00404

## INFRINGEMENT - TYPE B&C - Resize & Major Changes

Image One artwork was cut, pasted & used to make the ad below, infringing upon Image One's copyright, damaging Image One's reputation for high quality work and prohibiting the ability to derive income from its product.

**629**



www.AmbassadorYellowPages.com    718 Area Code Unless Specified    PLUMBING - PLUMBING  629

# SUDDEN SERVICE!

### NO SURPRISES... We Charge by the Job - Not the Hour!
YOUR PLUMBER FOR OVER 75 YEARS - WHY CALL ANYONE ELSE?

**TRUE 24 HR/7 DAY EMERGENCY SERVICE**

#### OUR PEOPLE
**CLEAN, NEAT AND COURTEOUS SERVICE**
Our trained technicians are always well groomed, polite and most importantly, concerned with your needs. We encourage questions and want you to feel comfortable with our visit and our work.

#### OUR PRICING
**FIRM, FAIR HONEST PRICING**
Call for an appointment and we'll show you exactly what service you need and give you an exact cost for that service.

#### SATISFACTION GUARANTEED
**ALL WORK GUARANTEED**
We guarantee our material, products and labor. So you can rest assured there won't be any "surprise" charges coming up soon.

*Never Speak to an Answering Machine, Always Speak with a Person*

(AMB)

Main Office: 195 Douglass St. Brooklyn, NY 11217
N.Y.C. Licensed Master Plumbers #12165 & 01246
Licensed Master Fire Suppression Contractor #593-B
www.vigilanteplumbing.com

**KEYSPAN Authorized Installer**

#### OUR SERVICES
**PLUMBING**
Water Heaters, Faucets, Leaks, Frozen Pipes, Toilets, Garbage Disposals, Gas Leaks, Certified Back Flow Testing

**HEATING & AIR**
Boilers, Furnaces and Air Conditioning Repaired, Replaced and Installed
RADIANT HEATING SPECIALISTS

**DRAIN CLEANING**
All Types of Bathtubs, Sinks, Showers, Toilets, Roof and Yard Drains
DRAINVISION VIDEO INSPECTION™
AQUA BRIGHT PIPE REJUVENATION™

**FIRE SUPPRESSION**
Sprinkler and Standpipe Systems Installed, Tested and Repaired

**PROUD TO BE A DRUG FREE COMPANY**

# VIGILANTE
**PLUMBING, HEATING & AIR CONDITIONING**

### PARK SLOPE
Brooklyn Hgts., Carroll Gardens
S. Brooklyn, Greenpoint, Williamsburg
**(718)522-6111**

### KENSINGTON
Sunset Park, Borough Park, Flatlands, Parkville
**(718)522-2730**

### BAY RIDGE
Dyker Hgts., Bensonhurst, New Utrecht, Sheepshead Bay
**(718)422-7863**

### FLATBUSH
Canarsie, Crown Hgts., Bedford - Stuyvesant
**(718)260-9768**



Copyright Compliance Review 05/09
Reviewer: RG
Publisher: **AMBASSADOR**

**Vigilante Plumbing INFRINGEMENT**
**VIOLATION:** COPYRIGHT, LANHAM & OTHERS
**102689   2006 Brooklyn, NY  PAGE 629**

## INFRINGEMENT - TYPE B&C - Text & Art Changes

Image One artwork was cut, pasted & used to make the ad below, infringing upon Image One's copyright, damaging Image One's reputation for high quality work and prohibiting the ability to derive income from its product.

**612**





Copyright Compliance Review 05/09
Reviewer: RG
Publisher: **AMBASSADOR**

**Vigilante Plumbing INFRINGEMENT
VIOLATION:** COPYRIGHT, LANHAM & OTHERS
**102689   2006 Brooklyn, NY  PAGE 612**

## INFRINGEMENT - TYPE B&C - Text & Art Changes

Image One artwork was cut, pasted & used to make the ad below, infringing upon Image One's copyright, damaging Image One's reputation for high quality work and prohibiting the ability to derive income from its product.

**546**



 Copyright Compliance Review 05/09
Reviewer: RG
Publisher: **AMBASSADOR**

**Vigilante Plumbing INFRINGEMENT**
**VIOLATION:** COPYRIGHT, LANHAM & OTHERS
102689   2007/08 Brooklyn, NY  PAGE 546

00407

# INFRINGEMENT - TYPE B&C - Resize & Major Changes

Image One artwork was cut, pasted & used to make the ad below, infringing upon Image One's copyright, damaging Image One's reputation for high quality work and prohibiting the ability to derive income from its product.

**348**





Copyright Compliance Review 05/09
Reviewer: RG
Publisher: **AMBASSADOR**

**Vigilante Plumbing INFRINGEMENT**
**VIOLATION:** COPYRIGHT, LANHAM & OTHERS
**102689   2006 Brooklyn, NY  PAGE 348**