BEFORE:    VIKTOR V. POHORELSKY                            DATE:    8/4/11
                U.S. MAGISTRATE JUDGE                       START TIME:   2:00 p.m.
                                                                                    END TIME:    2:15 p.m.

DOCKET NO.    CV-09-4116                                                  JUDGE:    NG

CASE NAME:    Lisa McConnell Inc. v. Ambassador Media Group LLC

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Telephone Status

APPEARANCES:      Plaintiff        Walter Menck

                           Defendant    No Appearance (excused)

SCHEDULING AND RULINGS:

1.    The parties have signed a settlement agreement and will be filing a stipulation of dismissal as soon as the settlement funds have cleared.

2.    The next conference will be held by telephone on **August 25, 2010 at 2:45 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400). The conference will be marked off the calendar if a stipulation of dismissal has been filed before the conference is held.